IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-cv-00114-F

| | |
|---|---|
| NOA, LLC, and INSAF NEHME, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| WALID EL KHOURY, EDWARD EL KHOURY, and HOPE COMERCIO E INDUSTRIA LIMITADA, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court upon Plaintiffs' Motion for Appointment of Special Process Server Regarding Service in Angola and Lebanon.

Therefore, it is ORDERED, that John Pierceall and agents of Ancillary Legal Corporation, each of whom is not an interested party or a part to the suit, and is over 18 years of age, to attempt service on Defendants in Angola and Lebanon with process by United States Post Office International Mail, and to make a return on that service and attach thereto a receipt signed by the Defendants or other authorized person.

**SO ORDERED** this 31st day of March, 2014.

_____
HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA