IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-cv-00114-FL

| | |
|---|---|
| NOA, LLC, and INSAF NEHME, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| WALID EL KHOURY, EDWARD EL KHOURY, and HOPE COMERCIO E INDUSTRIA LIMITADA, | ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court upon Plaintiffs' Motion for Service via Hand Delivery in Angola.

Therefore, it is ORDERED, that Plaintiffs are authorized to effect service on Defendants Edward El Khoury and Hope Comercio E Industria Limitada by hand delivery in Angola and that the time within which Hope Comercio E Industria Limitada may be served is hereby extended by an additional one hundred and twenty (120) days to and including October 29, 2014.

**SO ORDERED** this 30th day of June, 2014.

_____
HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA