THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.:5:14-CV-114-FL

| | |
|---|---|
| NOA, LLC and INSAF NEHME,<br><br>    Plaintiffs,<br><br>v.<br><br>WALID EL KHOURY, EDWARD EL KHOURY, and HOPE COMERCIO E INDUSTRIA LIMITADA,<br><br>    Defendants. | **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

Before the Court is Plaintiffs' Motion to Seal the tax returns of the Plaintiffs filed in this case and attached to Defendants' Appendix to Local Civil Rule 56.1 Statement of Material Facts.

For the reasons stated in the Motion, the Court finds good cause to grant Plaintiffs' Motion to Seal.

It is ORDERED, therefore, that the tax returns as referenced in Plaintiffs' Motion shall be sealed and shall remain so sealed permanently.

Dated: June 12, 2017

_____
United States District Court Judge