UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| INSAF NEHME, | ) | |
| | ) | |
| Plaintiffs, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | No. 5:14-CV-114-FL |
| | ) | |
| WALID EL KHOURY, EDWARD EL KHOURY and HOPE COMERCIO E INDUSTRIA LIMITADA | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' award of attorney's fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 17, 2017, and for the reasons set forth more specifically therein, that the court awards attorney's fees to defendants in the amount of $51,261.19 in addition to a monetary penalty of $5,000 set forth in prior order. Out of this amount, $20,704.04 is charged to Edward M. Shahady, and $19,445.54 is charged to John J. Shahady. $8,055.79 is charged to plaintiff. The clerk is DIRECTED to enter judgment consistent with this order.

**This Judgment Filed and Entered on November 17, 2017, and Copies To:**

John C. Bircher, III (via CM/ECF Notice of Electronic Filing)
John J. Shahady (via CM/ECF Notice of Electronic Filing and US Mail)
Edward M. Shahady (via CM/ECF Notice of Electronic Filing and US Mail)
W. Sidney Aldridge (via CM/ECF Notice of Electronic Filing)
Joey A. Chbeir (via CM/ECF Notice of Electronic Filing)
John N. Bolus (via CM/ECF Notice of Electronic Filing)
Melanie Black Dubis (via CM/ECF Notice of Electronic Filing)
Matthew Hilton Mall (via CM/ECF Notice of Electronic Filing)


November 17, 2017           PETER A. MOORE, JR., CLERK
                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk