# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| INSAF NEHME, )<br>        Plaintiff, )<br>v. )<br>)<br>WALID EL KHOURY, EDWARD EL KHOURY, )<br>and HOPE COMERCIO E INDUSTRIA )<br>LIMITADA, )<br>        Defendants. ) | **JUDGMENT**<br>No. 5:14-CV-114-FL |

This action came before the Honorable Louise W. Flanagan, United States District Judge on defendants' motion for entry of final order.

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED,** that for the reasons stated in the court's order entered September 5, 2017, that defendants' motion for summary judgment is granted in part and denied in part, and plaintiff's fifth claim for relief for breach of contract is dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that for the reasons stated in the court's order entered August 15, 2018, all remaining claims asserted by plaintiff are dismissed for failure to prosecute, and plaintiff shall have and recover nothing from defendants on plaintiff's claims against defendants.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that for the reasons stated in the court's order entered September 23, 2021, defendants' motion for default judgment is denied and defendants' counterclaims against plaintiff are dismissed due to plaintiff's discharge in bankruptcy.

**This Judgment Filed and Entered on September 23, 2021, and Copies To:**
John C. Bircher, III (via CM/ECF Notice of Electronic Filing)
W. Sidney Aldridge (via CM/ECF Notice of Electronic Filing)
Catherine R. I. Lawson / Josey Chbeir/ John Bolus / Melanie Black Dubis (via CM/ECF Notice of Electronic Filing)

September 23, 2021               PETER A. MOORE, JR. CLERK

                                           /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk